IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TORRECO HOSKIN, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 19-0143-JB-N |
| BRANDON D. MCKENZIE, et al, | : |
| Defendants. | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

**DONE** and **ORDERED** this 30th day of November, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE